# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **WILLIAM O. SPIVEY,** ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: **11-3032** |
| ) | |
| ) | |
| **MICHAEL RANDLE;** ) | |
| **JANE . DOE; JANE or JOHN DOE;** ) | |
| **JANE or JOHN DOE, #2 and** ) | |
| **JANE or JOHN DOE, #3,** ) | |
|     Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** pursuant to the Merit Review Order entered by the Honorable Harold A. Baker on April 6, 2011, this case is dismissed in its entirety as the court finds the entire complaint frivolous.------------------------------------------------------------------------

**Dated:** April 6, 2011

                                              s/ Pamela E. Robinson
                                              Pamela E. Robinson
                                              Clerk, U.S. District Court